IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE JOHNSON,

    Petitioner,                             No. CIV S-10-1251 WBS EFB P

    vs.

KATHLEEN DICKINSON,

    Respondent.                         <u>ORDER</u>

                                /

        On August 2, 2010, petitioner filed a motion for reconsideration of the magistrate judge's order filed June 16, 2010, denying petitioner's request for the appointment of counsel. According to Local Rule 303(b), rulings by Magistrate Judges "shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days calculated from the date of service of the ruling on the parties . . . ." Plaintiff's request for reconsideration, which was signed on July 28, 2010, is therefore untimely. Moreover, the magistrate judge's order was not clearly erroneous and should not be overturned on reconsideration.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that petitioner's August 2, 2010 request for reconsideration is denied.

DATED: October 22, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE