IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE JOHNSON,

      Petitioner,                    No. CIV S-10-1251 WBS EFB P

    vs.

KATHLEEN DICKINSON,

      Respondent.                ORDER

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested a second extension of time to file a response to petitioner's petition for writ of habeas corpus. *See* Fed. R. Civ. P. 6(b).

        Good cause appearing, it is ORDERED that respondent's January 26, 2011, request for an extension of time is granted and respondent has until February 2, 2011, to file a responsive pleading.

DATED: February 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE